UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

  Plaintiff,

v.           ORDER
              Crim. No. 11-280(17) (MJD/JSM)

Lawrence Joseph Martinez,

  Defendant.
_____

This matter is before the Court on the Defendant's *pro se* motion for modification of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The Defendant seeks a sentence reduction based on Amendment 782 to the Sentencing Guidelines which lowered the drug quantity base offense levels applicable to certain drug offenses. The Defendant is not eligible for a sentence reduction, however, as he was sentenced to the ten year mandatory minimum sentence required under 21 U.S.C. § 841(b)(1)(A) and Amendment 782 did not alter the applicable guideline range for cases involving a statutory minimum sentence.

IT IS HEREBY ORDERED that Defendant's Motions for Sentence Reduction [Doc. Nos. 883 and 889] are DENIED.

Date: July 31, 2015    s/ Michael J. Davis
            Michael J. Davis
            United States District Court